```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE
```

| | |
|---|---|
| JAMES ALLEN HOUDE, | Case No. C17-1231RAJ |
| Plaintiff, | ORDER DISMISSING FIVE DEFENDANTS |
| v. | |
| CATHERINE SCHROEDER, ARNP, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The following defendants are dismissed from this action with prejudice: RN Casey Dooley, Officer Lewis, RN Omer, Eileen Danz, and RN Mary Pat Sweetman.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 2nd day of July, 2018.

*(signature)*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE - 1