UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ALLAN HOUDE,<br><br>   Plaintiff,<br><br>   v.<br><br>CATHERINE SCHROEDER, ARNP, *et al.*,<br><br>   Defendants. | Case No. C17-1231-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP") in this 42 U.S.C. § 1983 civil rights action. The present matter comes before the Court upon the Postal Service's return of mail directed to plaintiff from the Court in July and August 2018. *See* Dkts. 28, 31. Most recently, the mail has been returned with the notation "Return to Sender. Not Here." Dkt. 31. Thus, it appears that plaintiff's address has changed.

LCR 10(f) requires unrepresented parties to notify the court of any change of address or telephone number within ten days of the change. LCR 41 further provides that

> [a] party proceeding pro se shall keep the court and opposing parties advised as to his current mailing address and, if electronically filing or receiving notices electronically, his or her current email address. If mail directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is returned by the internet service provider, and if such plaintiff fails to notify

REPORT AND RECOMMENDATION
PAGE - 1

the court and opposing parties within 60 days thereafter of his or her current mailing or email address, the court may dismiss the action without prejudice for failure to prosecute.

LCR 41(b)(2).

On October 22, 2018, the Court ordered plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute.  Plaintiff was further directed to inform the Court of his current address by no later than November 5, 2018.  Dkt. 35.  However, the Court's Show Cause Order was also returned as undeliverable on November 1, 2018.  Dkt. 36.

Because over sixty days have elapsed since mail directed to plaintiff at his address of record was returned to the Court by the Post Office as undeliverable, and plaintiff has yet to respond to the Court's Show Cause Order or otherwise notify the Court of his current address, this action is DISMISSED without prejudice for failure to prosecute pursuant to LCR 41(b)(2).  A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **December 4, 2018**.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 7, 2018.**

DATED this 13th day of November, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2